■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO MALAVE, Appellant. [907 NYS2d 897]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Michael F. Griffith, J.—Bail Jumping, 2nd Degree). Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. MAYS, Appellant. [907 NYS2d 897]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael F. Pietruszka, J.—Attempted Assault, 2nd Degree). Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.